J. C. PENNEY COMPANY, INCORPORATED, et al, Appellants, v. W. C. WELSH, AS DIRECTOR OF TAXATION, et al, Respondents.

(269 N. W. 860.)

(File No. 7898. Opinion filed November 16, 1936.)

*Hitchcock & Sickel*, of Mitchell, for Appellants.

*Walter Conway*, Atty. Gen., and *R. F. Drewry*, Asst. Atty. Gen., for Respondents.

PER CURIAM. This appeal involves the same questions as were presented in the case of Barnsdall Refining Corporation v. Welch 64 S. D. 647, 269 N. W. 853 this day decided. For the reasons stated in the opinion in that case, the order appealed from is reversed.

All the Judges concur.